Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
(510) 785-8400 (phone)
(510) 670-0955 (fax)
camellia@btbandb.com

Attorney for defendant Terrie Scott

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHAREEF HASTINGS, TERRIE SCOTT, et. al.,

        Defendants.

No. CR-06-0336 SBA

[PROPOSED] ORDER FOR MEDICAL EXAMINATION

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the medical staff at Santa Rita County Jail conduct an eye examination, or arrange for an eye examination to be conducted by qualified outside personnel, upon Terrie Scott, PFN: ALS790, within 21 days of the issuance of this order.

Date: 2/8/07

MAGISTRATE JUDGE BRAZIL

cc: WDB's Stats, Copy to parties via ECF
2 certified copies to Marshal, Lisa Clark

1