Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
(510) 785-8400 (phone)
(510) 670-0955 (fax)
camellia@btbandb.com

Attorney for defendant Terri Scott

FILED
MAR 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAREEF HASTINGS, TERRI SCOTT, et. al.,

    Defendants.

No. CR 06-0336 SBA

[PROPOSED] ORDER FOR MEDICAL EXAMINATION

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the medical staff at Santa Rita County Jail conduct a general medical examination, or arrange for a general medical examination to be conducted by qualified outside personnel, upon Terri Scott aka Terrie Scott (dob 12/24/49, PFN: ALS790 and ULI535), within 7 days of the issuance of this order. The medical examination must address all of Ms. Scott's health concerns, including, but not limited to, the following: high blood pressure, chest pain, numbness in both hands, and circulation problems.

Date: 3-15-07

MAGISTRATE JUDGE BRAZIL

cc: WDB's Stats, Copy to parties via ECF,
2 certified copies to Marshal, Lisa Clark