Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
(510) 785-8400 (phone)
(510) 670-0955 (fax)
camellia@btbandb.com

Attorney for defendant Terri Scott

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0336 SBA |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR OPTHAMOLOGICAL EXAMINATION |
| v. | |
| SHAREEF HASTINGS, TERRI SCOTT, et. al., | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the medical staff at Santa Rita County Jail arrange for an eye examination, to be conducted by an opthamologist, upon Terri Scott aka Terrie Scott (dob 12/24/49, PFN: ALS790 and ULI535). The opthamological examination must take place within seven (7) days of the issuance of this order.

Date: 3-15-07

MAGISTRATE JUDGE BRAZIL

cc: WDB's State, Copy to parties via ECF
2 certified copies to Marshal, Lisa Clark

1