UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

    v.

TERRI SCOTT, et al.,

    Defendants.
_____/

No. CR 06-0336 SBA

REPORT RE ASSESSING TERRI SCOTT'S NEEDS FOR MEDICAL TREATMENT

    I had a substantial conversation by phone this morning with Dr. Orr about Terri Scott's medical situation. During our conversation, Dr. Orr had Ms. Scott's medical file on his desk and reviewed pertinent parts of it with me. He noted that she was last seen by a physician about February 9, 2007, and that she had been scheduled to be seen by an optometrist about a week and a half ago, but the optometrist had not come to the facility that day.

    Dr. Orr promised that a physician would see Ms. Scott tomorrow (March 28, 2007) and give her a thorough general medical exam to determine what further diagnostic or therapeutic steps (if any) are medically indicated. Dr. Orr will fax to my chamber tomorrow afternoon the report by the examining physician.

    Dr. Orr also promised that an optometrist will give Ms. Scott a thorough eye examination on Friday, March 30, 2007. Dr. Orr informed the court that the optometrist is capable of identifying any symptoms that require immediate attention from an opthamologist and of screening for any other problems that a physician would need to assess and treat. The screening

1  by the optometrist on the 30th will enable the medical staff at Santa Rita to expedite Ms. Scott's
2  access to an opthamologist should referral to an opthamologist be indicated.
3
4  Dated: March 27, 2007
5                                                            WAYNE D. BRAZIL
                                                          United States Magistrate Judge
6
7
8  Copies to:
         All parties
9        SBA
         Dr. Orr (via facsimile)

N:\criminal how-to\CRIMINAL\Scott Needs for Medical Treatment.frm